# United States Court of Appeals
## For the First Circuit

No. 19-1578

DAVID STUDLEY,

Plaintiff - Appellee,

v.

IRWIN JACOBOWITZ; PEARL H. JACOBOWITZ,

Defendants - Appellants.

**MANDATE**

Entered: September 5, 2019

In accordance with the judgment of September 5, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Sana Asstafan
Irwin Jacobowitz
Pearl H. Jacobowitz